USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

                -against-

Mark Dygdon, and
Rodrigo Castro

                              Defendant(s).

26-CR-00251 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment in this matter is scheduled for Wednesday, June 17, 2026, at 11:00 a.m.

in Courtroom 1105, 40 Foley Square, New York, NY 10007.

Dated:  June 16, 2026
        New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge